**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cr-104 |
| ) | |
| EDWARD TIMOTHY RZASA, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On August 8, 2024, the defendant, Edward Timothy Rzasa, appeared in court for a hearing on the Agreed Supervised Release Revocation Agreement [DE 54] filed by the parties on July 26, 2024. Based upon the record of proceedings the court makes this Report and Recommendation.

On April 25, 2022, Rzasa was sentenced to 33 months imprisonment, followed by two years of supervised release. Rzasa began his term of supervised release of February 6, 2024.

On June 7, 2024, the Government filed a petition alleging that Rzasa violated the terms and conditions of supervised release, and an arrest warrant was issued. Rzasa was arrested on June 24, 2024, and an Initial Appearance was held on June 25, 2024. The parties stipulated for Rzasa to remain in detention during the Initial Appearance.

On July 26, 2024, Judge James T. Moody issued an Order referring this case to the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. 3401(i), 28 U.S.C. 636(b)(1)(B), and Northern District of Indiana Local Rule 72-1.

During the Supervised Release Revocation Hearing held on August 8, 2024, Rzasa was advised of the allegations in the petition and the range of penalties. He also was advised of his right to a hearing before District Judge James T. Moody on both the alleged violations and the actual sentence. Rzasa waived his right to a hearing before the district judge and admitted to committing three Grade C violations.

It is **RECOMMENDED** that:

1. The Agreed Disposition [DE 54] be accepted; and
2. Rzasa be sentenced to a term of incarceration of fourteen (14) months, with no additional term of supervised release to follow.

The parties were advised of their right to object to this Recommendation and they have waived that right.

ENTERED this 8th day of August, 2024.

/s/ Andrew P. Rodovich  
United States Magistrate Judge