UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:21 CR 104 |
| | ) | |
| EDWARD TIMOTHY RZASA | ) | |

### O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. (DE # 59.) Defendant is **ADJUDGED** to have committed violations of his supervised release as described in the Petition dated June 7, 2024. (DE # 45.) The Agreed Disposition of Supervised Release Violation (DE # 54) is **ACCEPTED**. Defendant is sentenced to a term of incarceration of fourteen (14) months, with no additional term of supervised release to follow.

SO ORDERED.

Date: August 12, 2024

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT